**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1428**

VERNON A. GUION,

                Plaintiff - Appellant,

        v.

GORDAN R. ENGLAND,

                Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (4:06-cv-00070-F)

Submitted:  October 14, 2008          Decided:  October 16, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernon A. Guion, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Kelly Michele Perry, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon A. Guion appeals the district court's order and judgment granting summary judgment to the Appellee and dismissing his complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Guion v. England</u>, No. 4:06-cv-00070-F (E.D.N.C. Mar. 10, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>